IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCA PLEINES-HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CV3037 |
| | ) | |
| v. | ) | |
| | ) | |
| NEBRASKA DEPARTMENT OF | ) | **MEMORANDUM AND** |
| CORRECTIONS, XANN LINHART, | ) | **ORDER** |
| PAT PENNEY, TERESA SMITH, | ) | |
| and JOHN DAHM, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion to Dismiss. (Filing No. 11.) Plaintiff asks this court to dismiss the pending legal action because due to personal reasons Plaintiff is not able to pursue the matter at this time. The motion is granted.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Complaint and this matter are dismissed without prejudice.

2. A separate Judgment will be entered.

June 26, 2008.                                BY THE COURT:

                                              s/*Richard G. Kopf*
                                              United States District Judge