IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FRANCISCA PLEINES-HARRIS, | ) | 4:08CV3037 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA DEPARTMENT OF | ) | |
| CORRECTIONS, XANN LINHART, | ) | |
| PAT PENNEY, TERESA SMITH, | ) | |
| and JOHN DAHM, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motions to Reopen Case. (Filing Nos. 14 and 15.) On June 24, 2008, Plaintiff sought to voluntarily dismiss her claims and the court granted her request. (Filing Nos. 11 and 12.) Now, Plaintiff seeks to "move forward" with her Complaint, which the court liberally construes as a Motion for Relief from Judgment filed pursuant to Federal Rule of Civil Procedure 60(b)(1).

For good cause shown, Plaintiff's Motions to Reopen Case are granted. This matter is reinstated to the active docket. The court will conduct an initial review of the Complaint in a separate order.

IT IS THEREFORE ORDERED that:

1.     Plaintiff's Motions to Reopen Case (filing nos. 14 and 15), which the court construes as Motions for Relief from Judgment filed pursuant to Federal Rule of Civil Procedure 60(b)(1), are granted.

2.     The Judgment entered on June 26, 2008 is vacated and this case is reinstated to the active docket.

3. The Clerk of the court is directed to set a pro se case management deadline with the following text: March 12, 2009: check for completion of initial review.

February 12, 2009.  BY THE COURT:

*s/Richard G. Kopf*
United States District Judge